So Ordered.

Dated: December 23, 2021



G. Michael Halfenger
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:   Yasmin Woods,                         Case No. 21−25891−gmh

                   Debtor.              Chapter  13

## ORDER DISMISSING CASE
## FOR FAILURE TO PAY THE FILING FEE

The debtor has not paid one or more installments of the filing fee by the deadlines ordered by the Court.

IT IS THEREFORE ORDERED: this case is dismissed, effective immediately.

IT IS FURTHER ORDERED: the Court will not grant a fee waiver or installment fee application in any future case the debtor may file. Filing fees for any future cases will be due, in full, within 14 days of the day the petition in that case is filed.

####